IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS,** ) | |
| **F/K/A CROP PRODUCTION SERVICES, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 2:19-cv-00026-CDP |
| ) | |
| **PAUL LOGSDON INC.,** ) | |
| and ) | |
| **PAUL LOGSDON** ) | |
| ) | |
| **Defendants.** ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Nutrien Ag Solutions f/k/a Crop Production Services, Inc., and states that it filed its Complaint on or about March 28, 2019.  The Defendants have filed Chapter 11 bankruptcy, Case Nos: 19-20081 and 19-20082.  No Answer or Motion for Summary Judgment has yet been filed

Pursuant to the bankruptcy, Plaintiff hereby files its Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A).

                              **Respectfully submitted**,

                              **BLANTON, NICKELL, COLLINS**
                              **DOUGLAS & HANSCHEN, L.L.C.**
                              219 S. Kingshighway
                              Post Office Box 805
                              Sikeston, MO 63801
                              Phone: (573)471-1000     Fax:(573)471-1012

                              **By:**    **/s/ Patrick R. Douglas**
                                   **Patrick R. Douglas**      **#51788MO**

                              ***ATTORNEYS FOR PLAINTIFF NUTRIEN AG***
                              ***SOLUTIONS, f/k/a CROP PRODUCTION***
                              ***SERVICES*, INC.**